THE VIOLETTA. THE SCOWS 8, 20, AND 7. (Circuit Court of Appeals, Second Circuit. April 30, 1907.) No. 224. Appeal from the District Court of the United States for the Southern District of New York. A decree of the District Court held the tug and the barge Thomas L. Parker both in fault for a collision between the latter and a mud scow in tow of the tug. The opinion below is reported in 141 Fed. 690, and sets forth the facts quite fully. E. G. Benedict and Benedict & Benedict, for appellant. Frederick M. Brown and Butler, Notman & Mynderse, for appellees. Before WALLACE, LACOMBE and TOWNSEND, Circuit Judges.

PER CURIAM. As the barge was not appealed, the only question before us is as to the fault of the tug. It is sufficient to say that we concur in the findings and conclusion of the District Judge. The suggestion that the barge, after she left the tow and until she finally swung to her anchor, was a steam vessel—i. e., "a vessel propelled by machinery"—and required to navigate accordingly, although she had no motive power, nor means to regulate her course and speed, except by anchoring, does not commend itself. We find the evidence of the master of the tug unsatisfactory, and not consistent with the blue print submitted as indicating his course. It seems entirely clear that for some time after he started, and after the barge had cast off from the tow, he failed to keep a careful lookout. There was no one else on board who was standing lookout. We are not convinced by appellant's argument that observation of the movements of the barge would have failed to advise the observer that she was a barge dropped by her tow on anchorage ground and about to anchor; and perceiving that, a careful navigator would not have persisted in swinging to the southward, but would have adhered to what he says was his original and usual intention "to get on the New York shore [or, rather, on the New York side of anchorage ground] before straightening down at all." The decree is affirmed, but without interest from date of appeal, and with costs of this court to the barge Parker.

---

WEST DISINFECTING CO. v. P. M. FRANK DISINFECTING CO. (Circuit Court, S. D. New York. February 21, 1907.) Motion to Punish for Contempt. See 146 Fed. 388. W. H. Kenyon, for the motion. Louis C. Roegener, opposed.

LACOMBE, Circuit Judge. In view of the offer made in open court on behalf of defendant forthwith to substitute articles of the design marked "Defendant's Exhibit Flat-Bottom Casing" for those marked "Complainant's Exhibit New Frank Casing," the motion is denied, with leave to renew as to any of said "New Frank Casings" found in use after 20 days from the entry of this order.